**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE THYRONE RYAN STEWART,<br><br>        Petitioner, | ) NO. EDCV 10-1997-GHK (MAN)<br>)<br>) JUDGMENT<br>)<br>)<br>) |

Pursuant to the Court's Order: Dismissing Petition As Second Or Successive; And Denying Certificate Of Appealability,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED:   1/6/11  .

                                                  GEORGE H. KING<br>                                    UNITED STATES DISTRICT JUDGE